

*DANIEL A. FRIEDMAN*  
*Assistant United States Attorney*

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

*401 Market Street, Fourth Floor*
*Camden, New Jersey 08101-2098*

*Direct Dial: 856.968.4867*
*Email: Daniel.friedman2@usdoj.gov*

October 3, 2025

Via Email (criminalinfo@njd.uscourts.gov)

Melissa E. Rhoads
Clerk of the Court
United States District Court
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza, 4th and Cooper Streets
Camden, New Jersey 08101

ATTN: Marcy Plye

RE: Request for Case Assignment – *United States v. Tia Wright*
Related to: *United States v. Eric Rivera, et al.*, Crim. No. 24-267 (KMW);
*United States v. Raymond Matthews*, Crim. No. 25- (KMW).

Dear Ms. Plye:

    Enclosed for assignment is an Information charging defendant Tia Wright with conspiracy to commit bank and wire fraud, in violation of 18 U.S.C. § 1349. The charge in the Information arose from the same events that form the basis for the Indictment and Information in the other matters referenced above, which are assigned to the Hon. Karen M. Williams, United States District Judge.

    Pursuant to Local Criminal Rule 18.1, we are informing you of the relationship of these cases so that you may determine whether these matters should be considered related and assigned to the same District Judge in the interests of judicial economy.

Very truly yours,

TODD BLANCHE
United States Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

*[signature: Daniel A. Friedman]*

By:    DANIEL A. FRIEDMAN
Assistant U.S. Attorney